**No. 11-5907. Milo Wayne Strausbaugh, Petitioner v. J. Tim Ochoa, Warden.**

565 U.S. 952, 132 S. Ct. 421, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7396.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5911. Eric L. Bledsoe, Petitioner v. Tennessee.**

565 U.S. 952, 132 S. Ct. 422, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7420.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Western Division, denied.

**No. 11-5928. William M. Baker, Jr., Petitioner v. Gerdenich Realty Company.**

565 U.S. 952, 132 S. Ct. 422, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7375,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5934. Rhonda Taylor, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 952, 132 S. Ct. 422, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7333,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5944. Herman Diaz, Petitioner v. Leo C. Arnone, Commissioner, Connecticut Department of Correction.**

565 U.S. 952, 132 S. Ct. 423, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7336.

October 11, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 128 Conn. App. 901, 16 A.3d 818.

**No. 11-5947. Delmo Figura Torrefranca, Petitioner v. William K. Suter, Clerk, Supreme Court of the United States, et al.**

565 U.S. 953, 132 S. Ct. 423, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7369,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5948. Virgil Anderson-Bey, Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections.**

565 U.S. 953, 132 S. Ct. 424, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7266.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 641 F.3d 445.

**No. 11-5956. Macario Lopez, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 953, 132 S. Ct. 446, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7343.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.